FILED

JUL - 1 1987

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

*Anthony Dwayne Anderson*

Defendant.

CASE NUMBER

87-925 M-6

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT

Upon motion of the (Court or Government), IT IS ORDERED that a detention hearing
is set for _July 6_ , 19 _87_ , at _9:00_ M, before the Honorable
_George H. King_ in Courtroom _to be designated_ .

Pending this hearing, the defendant shall be held in custody by (the United
States Marshal) ( _____ ) and produced for the
( other custodial officer)
hearing.

DATED: _7/1/87_

ENTERED ON COURTRAN

JUL 16 1987

_____
U.S. District Judge/Magistrate

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT