

**FILED** JUL -9 1987
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                Plaintiff, )  87-925-M-2
       v.               )  ORDER OF DETENTION AFTER HEARING
Anthony Dwayne Anderson    )  (18 U.S.C. § 3142(i))
                Defendant. )

I.

A.  ( ✓ ) On motion of the Government involving an alleged

    1.  ( )  crime of violence;

    2.  ( )  offense with maximum sentence of life imprisonment or death;

    3.  ( ✓ ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4.  ( )  felony - defendant convicted of two or more prior offenses described above

///
///
///

ENTERED ON COURTRAN
JUL 16 1987

CR94 (5/86)           -1-

B.  On motion ( ) (by the Government)/( ) (by the Court sua sponte involving)

    1.  ( ) serious risk defendant will flee;

    2.  ( ) serious risk defendant will

        a.  ( ) obstruct or attempt to obstruct justice;

        b.  ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonably assure:

A.  ( ) appearance of defendant as required;

and/or

B.  (✓) safety of any person or the community;

III.

The Court has considered:

A.  (✓) the nature and circumstances of the offense;

B.  (✓) the weight of evidence against the defendant;

C.  (✓) the history and characteristics of the defendant;

D.  (✓) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A.  ( ) Defendant poses a risk to the safety of other persons or the community because: _____

_____

_____

CR-94

-2-

B. ( ) History and characteristics indicate a serious risk that defendant will flee because: _____

_____

_____

_____

_____

C. ( ) A serious risk exists that defendant will:

    1. ( ) obstruct or attempt to obstruct justice;

    2. ( ) threaten, injure or intimidate a witness/juror;

    3. ( ) attempt to threaten, injure or intimidate a witness/juror;

Because: _____

_____

_____

_____

D. (✓) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e).

IT IS ORDERED defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or persons held pending appeal.

///

///

///

CR-94

-3-

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: 7/10/87

_____
U. S. MAGISTRATE/DISTRICT JUDGE

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: 7/10/87

_____
U. S. MAGISTRATE/DISTRICT JUDGE

CR-94

-4-