FILED
JUL -9 1987
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
              Plaintiff,  )    87-925-M-2
                          )
         v.               )    ORDER OF DETENTION AFTER HEARING
                          )    (18 U.S.C. § 3142(i))
Anthony Dwayne            )
Anderson                  )
              Defendant.  )
_____)

I.

A. (✓) On motion of the Government involving an alleged

   1. ( ) crime of violence;

   2. ( ) offense with maximum sentence of life imprisonment or death;

   3. (✓) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4. ( ) felony - defendant convicted of two or more prior offenses described above

ENTERED ON COURTRAN
JUL 16 1987

///
///
///

CR94 (5/86)                    -1-

- 2 -

    B.  On motion ( ) (by the Government)/( ) (by the Court sua sponte involving)

        1.  ( ) serious risk defendant will flee;

        2.  ( ) serious risk defendant will

            a.  ( ) obstruct or attempt to obstruct justice;

            b.  ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

## II.

The Court finds no condition or combination of conditions will reasonably assure:

    A.  ( ) appearance of defendant as required;

        and/or

    B.  (✓) safety of any person or the community;

## III.

The Court has considered:

    A.  (✓) the nature and circumstances of the offense;

    B.  (✓) the weight of evidence against the defendant;

    C.  (✓) the history and characteristics of the defendant;

    D.  (✓) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

    A.  ( ) Defendant poses a risk to the safety of other persons or the community because: _____

_____

_____

CR-94

-2-

-3-

B. ( ) History and characteristics indicate a serious risk that defendant will flee because: _____

_____

_____

_____

_____

C. ( ) A serious risk exists that defendant will:
  1. ( ) obstruct or attempt to obstruct justice;
  2. ( ) threaten, injure or intimidate a witness/juror;
  3. ( ) attempt to threaten, injure or intimidate a witness/juror;

  Because: _____

  _____

  _____

  _____

D. (✓) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e).

IT IS ORDERED defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or persons held pending appeal.

///
///
///

CR-94                                  -3-

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: 7/10/87

_____
U. S. MAGISTRATE/DISTRICT JUDGE

CR-94

-4-

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: 7/10/87

_____
U. S. MAGISTRATE/DISTRICT JUDGE